UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter: 7 |
| PAUL BARCROFT, III<br>*aka* **Bud Barcroft** | Case No.: 21-01189-TOM |
| **Debtor** | |

### CREDITOR'S DECLARATION OF DEBTOR'S REQUEST FOR TEMPORARY FOREBEARANCE DUE TO THE COVID-19 EMERGENCY

Comes now Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Creditor"), by and through counsel, and hereby submits this Declaration to the Court as notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor has requested and Creditor has provided a temporary suspension of mortgage payments.

The Debtor recently contacted Creditor requesting a forbearance period of (15) fifteen <u>months</u> which allows Debtor to elect to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through June 1, 2021. During this forbearance period, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

Per the request, Debtor will resume Mortgage payments beginning July 1, 2021 and will be required to cure the delinquency created by the forbearance period and up to and including the time when that period ends, Creditor will work with the debtor, the Debtor's attorney (if applicable) and the Bankruptcy Trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval. This Declaration does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan or reorganization to reflect the forbearance agreement, if required.

If Debtor's fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay up expiration of the forbearance period. Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Dated: May 28, 2021

                                  Respectfully submitted,

                                  /s/ Diane Murray
                                  Diane Murray (MUR-048)
                                  Attorney for Creditor

Diane Murray
Tiffany & Bosco, P.A.
2311 Highland Avenue South
Suite 330
Birmingham, Alabama 35205
Telephone: 205-930-5257
dcm@tblaw.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Paul Barcroft, III
3405 Falconwood Lane
Birmingham, AL  35242

and served via electronic case management to:

Steven D Altmann
3940 Monclair Road Suite 401
Birmingham, AL  35213
steve@nomberglaw.com

Andre' M Toffel
450A Century Park South Suite #206A
Birmingham, AL  35226
trustee@toffelpc.com

On this the 28th day of May, 2021.

                                  /s/ Diane Murray
                                  Attorney for Creditor